VANCE SOLMAN *v.* COMMISSIONER OF
CORRECTION

The petitioner Vance Solman's petition for certification for appeal from the Appellate Court, 99 Conn. App. 640 (AC 26698), is denied.

---

* The appeal was withdrawn October 24, 2007.

*Michael Zariphes*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided March 21, 2007